884 A.2d 1250

IN THE MATTER OF ANDREW C. ABRAMS AN ATTORNEY
AT LAW (ATTORNEY NO. 02831988).

October 31, 2005.

ORDER

**ANDREW C. ABRAMS** of **BALA CYNWOOD, PHILADEL-PHIA, PENNSYLVANIA,** who was admitted to the bar of this State in 1988, having pleaded guilty in the United States District Court to a federal information charging him with two counts of wire fraud, in violation of 18 *U.S.C.A.* 1343, and good cause appearing;

It is ORDERED that pursuant to *Rule* 1:20–13(b)(1), **ANDREW C. ABRAMS** is temporarily suspended from the practice of law pending the final resolution of ethics proceedings against him, effective immediately and until the further Order of this Court; and it is further

ORDERED that **ANDREW C. ABRAMS** be restrained and enjoined from practicing law during the period of his suspension; and it is further

ORDERED that **ANDREW C. ABRAMS** comply with *Rule* 1:20–20 dealing with suspended attorneys.